IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02152-MJW

RENEE LADWIG,

Plaintiff,

v.

UNITED AIRLINES, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Amend Complaint (Docket No. 4) is GRANTED. The tendered Amended Complaint (Docket No. 4-1) is accepted for filing as of the date of this Minute Order.

Date: August 5, 2014