IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02152–RBJ-MJW

RENEE LADWIG,

Plaintiff,

v.

UNITED AIRLINES, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Reconsider April 28, 2015 Order Re: Plaintiff's Motion to Compel (docket no. 37) [docket no. 40] is DENIED for the reasons outlined in the Response (docket no. 42) which this court incorporates by reference. Moreover, this court finds no basis in law or fact for the relief sought in the subject motion (docket no. 37).

Date: May 29, 2014